IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-409 |
| ) | |
| ROBERT L. DOERZBACHER, ) | Electronically Filed |
| ) | |
| Defendant ) | |

## SATISFACTION OF JUDGMENT

The judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

MARY BETH BUCHANAN
United States Attorney

By: /s/MICHAEL COLVILLE
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337 - phone
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668

Dated: 5-4-06